IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

MANUEL RATLIFF o/b/o JO ANN
RATLIFF (Deceased),

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.

Case No. 05-CV-499-FHM

**AMENDED**
**OPINION AND ORDER**

Plaintiff's unopposed Motion for Relief Pursuant to Fed. R. Civ. P. 60(b)(5) [Dkt. 31] is GRANTED.

The Court entered an Opinion and Order on May 11, 2009, [Dkt. 30] which awarded counsel attorney fees under the terms of 42 U.S.C. § 406(b)(1) in the amount of $6,000. Counsel advises that due to a correction in the Notice of Award issued by the Social Security Administration, the proper amount of the award is $4,294.50.

The Opinion and Order entered on May 11, 2009, [Dkt. 30] is hereby amended.

Counsel for Plaintiff is awarded a fee of $4,294.50 under the terms of 42 U.S.C. § 406(b)(1) for the work he performed on this case in federal court.

SO ORDERED this 10th day of June, 2009.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE